# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1214**

**TP 10-00523**

PRESENT: SCUDDER, P.J., CARNI, LINDLEY, SCONIERS, AND GREEN, JJ.

---

IN THE MATTER OF JESSIE J. BARNES, PETITIONER,

                    V                                          ORDER

MONROE COUNTY SHERIFF, RESPONDENT.

---

JESSIE J. BARNES, PETITIONER PRO SE.

------------------------------------------------------------------------

Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Monroe County [Thomas A. Stander, J.], entered August 5, 2009) to review determinations of respondent.

It is hereby ORDERED that the determinations are unanimously confirmed without costs and the petition is dismissed.

Entered:  November 10, 2011                    Patricia L. Morgan
                                               Clerk of the Court